Broadway Electric Co., Inc., an Illinois Corporation, Plaintiff-Appellee, v. William Zeigler & Son, Inc., an Illinois Corporation, Defendant-Appellant.

Gen. No. 68–159. (Abstract of Decision.)

Second District.

April 17, 1969.

Runyard, Behanna, Conzelman & Schultz, of Waukegan, for appellant; Reno, Zahm, Folgate & Skolrood, of Rockford, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.